**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION**

HOLLY KOUTS,

     Plaintiff,

     v.

MINUTECLINIC, LLC; and CVS HEALTH
CORPORATION,

     Defendants.

CIVIL ACTION NO.: 4:25-cv-293

**O R D E R**

Before the Court is a Notice of Voluntary Stipulation of Dismissal With Prejudice, signed by counsel for Plaintiff and counsel for Defendant, stipulating to the dismissal of this case with prejudice, with each party to bear its own attorney's fees, expenses, and costs.  (Doc. 13.)  Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), this action has been **DISMISSED with prejudice**.  The Clerk of Court is hereby authorized and directed to **CLOSE** this case.

**SO ORDERED**, this 2nd day of July, 2026.

_____

R. STAN BAKER, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA